IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK J. CYR,

    *Plaintiff,*

v.

UNITED AIRLINES, INC.,

    *Defendant.*

CIVIL ACTION
NO. 18-04323

# ORDER

**AND NOW**, this 25th day of February, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 8), Defendant's Reply (ECF No. 9) and Plaintiff's Sur-Reply (ECF No. 10), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Count I (Negligence) is **DISMISSED without prejudice** and
2. Counts II (Breach of Contract) and III (Breach of Express and Implied Warranties) are **DISMISSED with prejudice**.

Plaintiff may amend Count I of the Complaint, consistent with the Court's Memorandum, on or before **March 27, 2019**.

    BY THE COURT:

    ***/s/ Gerald J. Pappert***
    GERALD J. PAPPERT, J.